# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 95-40456
Summary Calendar

MICHAEL BRAD LASSITER,

Plaintiff-Appellant,

versus

BILL WELK, In House Investigator
for Smith County Jail; CAROL "CURLY"
BEDDINGFIELD, Lt. in Charge of Smith
County Jail Medium and Low Risk
Facilities; J.B. SMITH, Sheriff of
Smith County; MARVIN WINTERS, Captain
over Smith County Jail Operations,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Texas
(6:94-CV-835)

December 4, 1995

Before POLITZ, Chief Judge, GARWOOD and STEWART, Circuit Judges.

PER CURIAM:[*]

Michael Brad Lassiter appeals the dismissal of his *in forma pauperis* civil rights

complaint as frivolous. We are to construe liberally the legal arguments presented by a *pro*

---

[*] Local rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

*se* appellant in his brief.[1]

Stripped to essentials, Lassiter contends in his brief that he was deprived of constitutional rights by an alleged seizure of legal and nonlegal material, a denial of access to the law library, a denial of a hardcover Bible, secondary tobacco smoke, an inadequate medical observation facility, and the placement of color television sets in a portion of the jail. We find no error in the district court's disposition of these issues.[2]

Lassiter also challenges the manner in which the district court handled his case. Again, we find no error.[3] Additionally, Lassiter maintains that he was entitled to a default judgment. The district court did not err in allowing the defendant to answer the amended complaint.[4]

The instant appeal is frivolous. We dismiss it as such.[5]

We caution Lassiter that the filing of additional frivolous appeals will invite the imposition of sanctions. He is further cautioned to review any pending appeals to ensure that they do not merely present issues previously considered and rejected by this court.

DISMISSED.

---

**Haines v. Kerner**, 404 U.S. 519 (1972); **Grant v. Cuellar**, 59 F.3d 523 (5th Cir. 1995); **Yohey v. Collins**, 985 F.2d 222 (5th Cir. 1993); Fed.R.App.P. 28(a).

28 U.S.C. § 1915(d); **Eason v. Thaler**, 14 F.3d 8 (5th Cir. 1994).

**Spears v. McCotter**, 766 F.2d 179 (5th Cir. 1985).

Fed.R.Civ.P. 15(a); **Louisiana v. Litton Mortgage Co.**, 50 F.3d 1298 (5th Cir. 1995); **Joplin v. Bias**, 631 F.2d 1235 (5th Cir. 1980).

5th Cir. Loc.R. 42.2.